## MOTION DOCKET

**93–1118.** State ex rel. May v. Hendon. *Hamilton County,* No. C–920381. On motion for leave to file Rule 60(B)(4) and 60(B)(5) motion. Motion denied.

**93–1811.** State ex rel. Martines v. Cleveland City School Dist. Bd. of Edn. *Cuyahoga County,* No. 64837. On request for oral argument. Request denied.

**93–2034.** Ohio Contrs. Assn. v. Bicking. *Franklin County,* No. 93AP–939. On motions for leave to file brief *amicus curiae* of Ohio Municipal League and Ohio Municipal Attorneys Assn. Motions granted.

**93–2385.** Hurst v. Ohio Dept. of Rehab. & Corr. *Franklin County,* No. 93AP–672. On motion to amend record. Motion granted.
PFEIFER, J., dissents.

**94–349.** Hausman v. Dayton. *Montgomery County,* No. 13647. On motion to amend memorandum (filed before June 1, 1994). Motion granted.
MOYER, C.J., dissents.

**94–396.** Goldstein v. Christiansen. *Lucas County,* No. L–93–332. On request for oral argument. Request denied.

**94–401.** Westside Cellular v. Pub. Util. Comm. Public Utilities Commission, No. 89–563–TP–COI. On motion for leave to intervene of Sprint Cellular Co. Motion granted.

**94–510.** Lierenz v. Bowen. *Erie County,* No. E–92–71. On motion for leave to file instanter memorandum in support of jurisdiction. Motion denied.
DOUGLAS, RESNICK and PFEIFER, JJ., dissent.
On motion to reconsider denial of extension of time. Motion denied.
DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**94–656.** Stratton v. Knox. *Montgomery County,* No. 13658. On motion for leave to file instanter memorandum in support of jurisdiction. Motion denied.
DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**94–716.** Ravenna v. Kunar. *Portage County,* No. 92–P–0098. On motion for leave to supplement memorandum in support (filed before June 1, 1994). Motion granted.
F.E. SWEENEY and PFEIFER, JJ., dissent.

**94–741.** State v. Bradley. *Cuyahoga County,* No. 64768. On motion for leave to file instanter memorandum in support of jurisdiction (filed before June 1, 1994). Motion granted.
WRIGHT and F.E. SWEENEY, JJ., dissent.

**94–758.** Ferreri v. Goodyear Local No. 2, United Rubber, Cork, Linoleum & Plastic Workers. *Summit County,* No. 16311. On motion for leave to file instanter memorandum in support of jurisdiction (filed before June 1, 1994). Motion granted.
F.E. SWEENEY, J., dissents.

**94–857.** State v. Brown. *Cuyahoga County,* No. 64371. On motion for leave to file delayed appeal. Motion granted.
WRIGHT and F.E. SWEENEY, JJ., dissent.